AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America, ex rel Grant ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:15-cv-00794-DCN |
| United Airlines, Inc. ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The court grants United's Motion to Dismiss for Failure to State a Claim with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on a motion to dismiss.

Date:   September 7, 2017                                          *CLERK OF COURT*

                                                            s/John P. Bryan, Jr.
                                                    *Signature of Clerk or Deputy Clerk*