**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DAVID GRANT, | Case No. 2:15-cv-00794 (DCN) |
| Plaintiff-Relator, | |
| v. | **NOTICE OF APPEAL** |
| UNITED AIRLINES, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Relator David Grant hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment dated September 7, 2017 [Docket No. 54] and the underlying Order dated September 7, 2017 [Docket No. 53] in the above-captioned matter.

Dated: September 29, 2017.

Respectfully submitted,

MOTLEY RICE LLC

*/s/ William S. Norton*
William S. Norton
James Brauchle
William P. Tinkler
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
843.216.9000
843.216.9450 (fax)

*Attorneys for Relator David Grant*

To:

Clerk of the Court
United States District Court
District of South Carolina
901 Richland Street
Columbia, SC 29201-2431

Michael T. Cole
Erika J. Karnaszewski Fedelini
**Nelson Mullins Riley & Scarborough LLP**
151 Meeting Street, Liberty Center, Suite 600
Charleston, SC 29401
*Attorneys for Defendant United Airlines, Inc.*

Keith Harrison
Jason M. Crawford
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
*Attorneys for Defendant United Airlines, Inc.*

CERTIFICATE OF SERVICE

I, William S. Norton, declare under penalty of perjury that on September 29, 2017, I caused to be served a copy of the foregoing Notice of Appeal via ECF and by U.S. Mail, postage pre-paid, upon the following counsel:

        Michael T. Cole
        Erika J. Karnaszewski Fedelini
        **Nelson Mullins Riley & Scarborough LLP**
        151 Meeting Street, Liberty Center, Suite 600
        Charleston, SC 29401

        Keith Harrison
        Jason M. Crawford
        **Crowell & Moring LLP**
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004-2595
        .

                    */s/ William S. Norton*
                    William S. Norton